IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAY CONSUELO SARMIENTO ANGARITA LOCKWOOD,<br><br>Defendant. | Case No. 3:22-cr-00026-02-JMK-MMS |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A Plea Agreement was filed in this case at Docket 147. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Ms. Lockwood entered a guilty plea to Count 17 of the Indictment, a violation of 18 U.S.C. § 152(4), Fraudulent Bankruptcy Declaration.

Judge Scoble issued a Final Report and Recommendation at Docket 152, in which he recommended that the District Court accept the Defendant's plea of guilty to

Count 17 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 17 of the Indictment, False Bankruptcy Declaration. Defendant is adjudged GUILTY of Count 17.

The Imposition of Sentence is set for September 6, 2023, at 11:00 A.M. in Anchorage Courtroom 3.

DATED this 30th day of June, 2023, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge